IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA F. TADLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-13-0655-R |
| | ) |
| MARSHALL COUNTY HMA, LLC, d/b/a | ) |
| INTEGRIS MARSHALL COUNTY MEDICAL | ) |
| CENTER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury verdict on March 13, 2014, Judgment is entered in favor of defendant Marshall County HMA, LLC and against Rhonda F. Tadlock.

**IT IS SO ORDERED.**

Signed this 14th day of March 2014.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE