# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA F. TADLOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-13-655-R |
| MARSHALL COUNTY HMA, LLC, d/b/a INTEGRIS MARSHALL COUNTY MEDICAL CENTER, | ) |
| Defendant. | ) |

## JUDGMENT

Judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED this 20th day of August, 2015.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE